```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PANTH NARSINH, LLC,

                      Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY, et al.,

                      Defendants.

---

24-CV-00081 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the deadline to file amended pleadings or join additional parties by **March 1, 2024**.

    However, it is HEREBY ORDERED that the close of <u>fact</u> discovery shall be **June 5, 2024**. It is further ORDERED that, in accordance with Rule II(B)(9) of the Court's Individual Rules & Practices, all parties shall follow the Court's procedures for post-fact-discovery communications with the Court and shall appear for a post-fact-discovery conference on **Tuesday, July 2, 2024, at 9:30 a.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. All other dates and deadlines in the Case Management Plan entered by Judge Rakoff on February 5, 2024 shall be adjourned pending the July 2 conference. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 27, 2024
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge