UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PANTH NARSINH, LLC,

                          Plaintiff,                          24-CV-0081 (MMG)

      -against-                                 **ORDER SCHEDULING**
                                                              **SETTLEMENT CONFERENCE**

MT. HAWLEY INSURANCE COMPANY, et al,

                          Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A settlement conference in this matter is scheduled for **Wednesday, December 4, 2024 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Wednesday, November 27, 2024.**

       SO ORDERED.

DATED:     New York, New York
                 September 5, 2024

                                                                 _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge